IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOBIAS LATHAM,

    *Plaintiff,*

v.

WEYERHAEUSER COMPANY, *et al.*,

    *Defendants.*

CIVIL ACTION
NO. 19-451

## ORDER

**AND NOW**, this 21st day of May, 2019, upon consideration of Plaintiff's Motion to Remand (ECF No. 20) and Defendant's Response (ECF No. 21), it is hereby **ORDERED** that the Motion is **DENIED**.

It is also **ORDERED** that the Scheduling Order (ECF No. 17) is **VACATED** and this case is referred for compulsory arbitration pursuant to Local Rule of Civil Procedure 53.2.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.